No. 1158. HURST v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Ellis G. Arnall* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 848, Misc. BOWERS v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Arlen Specter* for respondent. ■■

No. 988, Misc. SCHIEBELHUT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1170, Misc. DURHAM v. VIRGINIA. Cir. Ct., Frederick County, Va. Certiorari denied. *David G. Simpson* for petitioner. *Joseph A. Massie, Jr.,* for respondent.

No. 1431, Misc. VIDA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Jerome Goldman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1350, Misc. KING v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Richard M. Millman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.